IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, Individually and on Behalf of all others similarly situated, § § § | | |
| | § | CIVIL DIVISION |
| Plaintiff, | § § | No. 3:23-CV-00318 |
| | § | |
| v. | § § | |
| SCRANTON QUINCY HOSPITAL COMPANY LLC, SCRANTON HOSPITAL COMPANY, LLC, and WILKES-BARRE HOSPITAL COMPANY, LLC, collectively d/b/a COMMONWEALTH HEALTH | § § § § § § § § | |
| Defendants. | | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby provides the following notice of dismissal without prejudice of all claims pending in this case.

Plaintiff filed her Complaint on January 27, 2023. *See* Dkt. No. 1-2. Defendants filed their Notice of Removal on February 22, 2023. *See* Dkt. No. 1. On February 27, 2023, Defendants moved for an extension to answer Plaintiff's Complaint, which the Court granted on February 28, 2023. *See* Dkt. Nos. 7, 8. To date, Defendants have not answered Plaintiff's Complaint or filed any motion for summary judgment.

Accordingly, based on the foregoing and pursuant to Federal Rule of Civil Procedure 41, this Notice suffices to dismiss this action without prejudice, and no separate order of dismissal is necessary. *See* Fed. R. Civ. P. 41(a)(1)(A)(i), 41(a)(i)(B).

RESPECTFULLY SUBMITTED,

COUNSEL FOR PLAINTIFF JANE DOE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

*/s/ Ryan T. Kirk*
George Bochetto, Bar. No. 27783
David P. Heim, Bar. No. 84323
John A. O'Connell, Bar. No. 205527
Ryan T. Kirk, Bar. No. 329492
BOCHETTO & LENTZ, P.C.
1524 Locust St.
Philadelphia, PA  19102
Tel: (215) 735-3900

Jay Barnes (*pro hac vice forthcoming*)
Eric Johnson (*pro hac vice forthcoming*)
SIMMONS HANLY CONROY
One Court St.
Alton, IL
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com
Telephone: (800) 479-9533
Facsimile: (618) 259-2251

Foster C. Johnson (*pro hac vice forthcoming*)
David Warden (*pro hac vice forthcoming*)
Weining Bai (*pro hac vice forthcoming*)
AHMAD, ZAVITSANOS, & MENSING, PLLC
1221 McKinney Street, Suite 3460
Houston, Texas 77010
(713) 655-1101

Samuel J. Strauss (*pro hac vice forthcoming*)
Raina C. Borrelli (pro hac vice forthcoming)
TURKE & STRAUSS, LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775

Dated: March 8, 2023

## CERTIFICATE OF FILING

The undersigned hereby certifies that the foregoing has been filed and served on all parties using the Court's electronic case filing system on this day, March 8, 2023.

Stuart T. O'Neal, III (I.D. 89097)
1001 Conshohocken State Road, Suite 1-515
West Conshohocken, PA 19428
Phone: (484) 567-5700
E-mail: soneal@burnswhite.com

Lyle D. Washowich, Esquire (I.D. 84348)
Burns White Center
48 26th Street
Pittsburgh, PA 15222
Phone: (412) 995-3000
E-mail: ldwashowich@burnswhite.com

*Attorneys for Defendant Scranton Quincy Hospital Company, LLC, Scranton Hospital Company, LLC, Wilkes-Barre Hospital Company, LLC, collectively d/b/a Commonwealth Health*

**BOCHETTO & LENTZ, P.C.**

*/s/ Ryan T. Kirk*
Ryan T. Kirk